matter. Lopez essentially repeats his original contentions that the district court applied an erroneous presumption of reasonableness to the guidelines sentencing range, an assertion we have already rejected and that is unaffected by *Gall*. Lopez also appears to contend that the district court's reliance on the controlled-substance guidelines was error because of the Supreme Court's decision in *Kimbrough v. United States*, —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007). In any event, that issue was not raised in Lopez' appeal here and is not within the scope of the remand from the Supreme Court.

AFFIRMED.

Roderick Mark Alexander, Jr., Balch & Bingham, Gulfport, MS, for Defendant–Appellee.

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Michael Ladner, a teacher and basketball coach, sued Hancock County School District after it decided not to renew his employment contract. Ladner claimed, among other things, that he did not receive proper notice of the School District's decision. The School District was granted summary judgment and Ladner has appealed. Having carefully reviewed the record, we AFFIRM for the reasons stated in the district court's opinion.

---

**Michael R. LADNER, Plaintiff—Appellant,**

v.

**HANCOCK COUNTY SCHOOL DISTRICT, Defendant—Appellee.**

No. 08–60408
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2008.

Chester D. Nicholson, Nicholson & Nicholson, Gulfport, MS, for Plaintiff–Appellant.

---

**Lauro GUTIERREZ–LLAMAS, also known as Larry Gutierrez, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 07–60298
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2008.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.